UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re Ted Ashley Waterman, xxx-xx-3681              No. _____
    Lee Ann NMI Waterman, xxx-xx-8123,
        Debtors.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . $3,000.00 flat fee for pre-petition services, tax and costs; then hourly rate of $200 post-petition, tax and costs

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . $3,000.00 for pre-petition services, tax and costs, including filing fee and credit report fee

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Unknown

2. The source of the compensation paid to me was: ☒ Debtor ❑ Other *(specify)*

3. The source of compensation to be paid to me is: ☒ Debtor ❑ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and any adjourned hearings thereof.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.
    b. Non-bankruptcy representation.

## CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

> Hunt & Davis, P.C.
> /s/ filed electronically 08/09/2013
> Chris W. Pierce
> Leslie D. Maxwell
> Attorney for Debtors
> 2632 Mesilla St. NE
> Albuquerque, NM 87110
> (505) 881-3191/Fax (505) 881-4255