B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO
### ALBUQUERQUE DIVISION

In re **Ted Ashley Waterman**
**Lee Ann NMI Waterman**

Case No.  **7-13-12639 JA**

Chapter  **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $431,750.00 | | |
| B - Personal Property | Yes | 8 | $524,022.22 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $2,295,517.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $26,826,525.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $8,151.37 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $8,677.73 |
| TOTAL | | 32 | $955,772.22 | $29,122,043.38 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**
~~ALBUQUERQUE DIVISION~~

In re  **Ted Ashley Waterman**          Case No.   **7-13-12639 JA**
       **Lee Ann NMI Waterman**

                                         Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Alice Waterman
PO Box 250
Los Alamos, NM 87544

EA, LLC
PO Box 250
Los Alamos, NM 87544

NM Taxation & Revenue Dept.
PO Box 8575
Albuquerque NM 87198-8575


American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Ford Motor Credit Corporation
Ford Motor Credit
PO Box 6275
Dearborn, MI 48121

R. Kent Waterman
PO Box 250
Los Alamos, NM 87544


Bank Of America
PO Box 982235
El Paso, TX 79998

GECRB/ Dillards
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Tim Thompson
Attn: Hugo Hinojosa
190 Central Park Sq., Ste. 3
Los Alamos, NM 87544


Buttercup Investments, LLC
PO Box 3625
Farmington, NM 87401

ICA
c/o Q10 Realty Mtg & Investment
5201 Venice NE, Ste. B
Albuquerque, NM 87113

TW & RB, LLC
501 Third Street SW
Albuquerque, NM 87102


Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Internal Revenue Service
Centralized Insolvency Operatio
PO Box 7346
Philadelphia, PA 19101-7346

TW Investments, LLC
c/o Ross Perkal
500 Marquette NW, Ste. 1100
Albuquerque, NM 87102


Capri, Inc.
6867 N. Oracle
Tucson, AZ 87704

Los Alamos Natl Bank
1200 Trinity Dr
Los Alamos, NM 87544

Two & Three, LLC
2621A East 20th Street
Farmington, NM 87402


Chase
201 N. Walnut St//de1-1027
Wilmington, DE 19801

Monterey Land Group, LLC
c/o Monterey Diversified LLC
5111 San Mateo Blvd. NE, Ste. A
Albuquerque, NM 87109

US Bank
PO Box 1800
St. Paul, MN 55101-0800


Citizens Bank of Farmington
PO Box 4140
Farmington, NM 87499

MVS Development, LLC
501 Third Street SW
Albuquerque, NM 87102

Valley National Bank
PO Box 99
Espanola, NM 87532


Columbia Mutual Life
5425 Andrea Drive
Allentown, PA 18106

MW Development, LLC
Attn: Hugo Hinojosa
190 Central Park Sq. Ste. 301
Los Alamos, NM 87544

Via Moneta LLC
c/o Wiggins Williams & Wiggin
1803 Rio Grande Blvd. NW
Albuquerque, NM 87104


Community Bank
549 S. Guadalupe
Santa Fe, NM 87501-2617

MWP2, LLC
Attn: Hugo Hinojosa
190 Central Park Sq. Ste. 301
Los Alamos, NM 87544

Via Moneta LLC
c/o Luebben Johnson & Barnhou
7424 4th St NW
Albuquerque, NM 87107

Waterman, Inc.
501 Third Street SW
Albuquerque, NM 87102


WRCC, LLC
PO Box 250
Los Alamos, NM 87544


WSG, LLC
c/o William S. Siegal
540 S. Guadalupe Street
Santa Fe, NM 87501

In re  **Ted Ashley Waterman**                              Case No.    **7-13-12639 JA**
      **Lee Ann NMI Waterman**                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 10217 Edith NE, Albuquerque, NM Primary Residence (held in the Ted A. Waterman and Lee Ann Waterman Revocable Trust Dated December 4, 2006) (also known in the Bernalillo County tax records as 10221 Edith NE) (exemption of equitable interest in clear title) | fee simple | C | $431,750.00 | $1,016,956.15 |
| | | | | |

                                          Total:    **$431,750.00**

(Report also on Summary of Schedules)

In re **Ted Ashley Waterman**       Case No.   <u>7-13-12639 JA</u>
       **Lee Ann NMI Waterman**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | C | $30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NM Bank & Trust Checking (acct 218) | C | $4,293.75 |
| | | Los Alamos National Bank Checking (acct 30-01) | C | $11.44 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Miscellaneous: Pots, Pans, Baking Dishes and Cooking Utensils ($120); Dishes/Utensils ($150); Home Decoration/Accessories ($1,000); Vacuum Cleaner ($110); DVD / CD Collection ($100); Exercise Machine ($150); Area Rugs ($300); Toaster ($10); Blender ($20); Crock Pot ($25); 4 Radios ($120); 5 Small Clocks ($100); Massage Chair ($250) | C | $2,455.00 |
| | | Master Bedroom: Small Chest of Drawers ($75); 2 Night Stands ($180); Armoire ($200); Wing-backed Chair with Footstool ($150); 4 Lamps ($100); Storage Trunk ($60); 3 Small Iron Stands ($75) | C | $840.00 |
| | | Master Bathroom: Cosmetic Chest ($90); Supply Cabinet ($65); Chair ($20); Small Storage Chest of Drawers ($120); 3 Small Iron Stands ($55); Lamp ($10) | C | $360.00 |
| | | Guest Bedroom: Small Armoire ($120); Bed ($250); Small Side Table ($40); Chair ($110); Foot Stool ($40); 2 Night Stands ($100); TV ($75); 3 Lamps ($100) | C | $835.00 |
| | | Main Bathroom: Metal Storage Cabinet | C | $160.00 |
| | | Small Office: Desk/Hutch ($160); Foot Stool ($20); Storage | C | $825.00 |

In re  **Ted Ashley Waterman**                         Case No.   **7-13-12639 JA**
      **Lee Ann NMI Waterman**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Chest of Drawers ($150); Small Supply Cabinet ($50); 2 Chairs ($110); Small End Table ($40) | | |
| | | Entry Area: 2 Chairs ($170); Side Table ($180); Bookcase ($150) | C | $500.00 |
| | | Dining Room: Wall Unit with Shelves ($460); 2 Chairs ($250); 2 Small End Tables ($160); Side Table ($165); Radio ($90); Small Kerosene Heater ($200); Metal Corner Stand ($80) | C | $1,405.00 |
| | | Living Room: Love Seat ($150); 2 Side Tables ($180); 2 Chairs ($200); 3 Foot Stools ($125); Coffee Table ($50); Small Chest of Drawers ($120); Wood Screen ($30); 2 Lamps ($90) | C | $945.00 |
| | | Kitchen: Baking Storage Cabinet ($140); Spice Cabinet ($100); Linen Cabinet ($80); Storage Cabinet/Chest ($130); Metal Storage Cabinet ($150); Small Island Table ($120); 2 Bar Chairs ($80); Bar Stool ($30); Small Metal Stool ($10); Chair ($60); Small TV ($70); Dishwasher, Range and Small Refrigerator (permanent fixtures of residence); Table-top Microwave Oven ($50) | C | $1,020.00 |
| | | Breakfast Nook/Utility Room: Table ($240); 4 Chairs ($180); Metal Storage Cabinet ($90); Small Open Dish Cabinet ($125); Small Refrigerator ($200); Small Lamp ($10); Small Kerosene Heater ($200) | C | $1,045.00 |
| | | Family Room: Couch ($150); Love Seat ($100); TV Cabinet ($90); Side Table/Chest ($180); Metal Wine Rack ($125); Small Armoire ($120); Foot Stool ($30); Small Desk and Chair ($150); TV/DVD Player ($200); 2 TV Tables ($160); 3 End Tables ($120); 4 Lamps ($180) | C | $1,605.00 |
| | | Large Office: Desk and Chair ($400); 2 Chairs ($225); Small Homemade Computer Desk and Chair ($200); Desktop Computer/Printer ($200); Small Homemade Bookshelves | C | $1,640.00 |

In re **Ted Ashley Waterman**      Case No.    **7-13-12639 JA**
       **Lee Ann NMI Waterman**                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ($150); Small Filing Cabinet ($70); Storage File Box ($35); 2 Small Supply Cabinets ($180); 4 Lamps ($180) | | |
| | | Utility Room 2: Small Storage Cabinet ($40); Washer/Dryer ($250); Hamper ($20) | C | $310.00 |
| | | Outside Furniture: Loveseat Swing ($40); Small Tables ($50); Loveseat ($30); Tables ($150); Chairs ($300); Charcoal Barbeque Grill ($350) | C | $920.00 |
| | | Barn/Shed Storage: Used Furniture in Storage ($2,500) (no item over $575 alone); Personal Tools ($250); Used Books ($200) | C | $2,950.00 |
| | | Items on Consignment (value listed is Debtor's share (40%) of all items sold; prices listed by each item): 2 Rustic Chairs ($19.99); 1 File Cabinet ($299.99); 1 Black Chair ($49.99); 1 Office Chair ($179.99); 1 Lamp (no shade) ($89.99); 1 Ship's Sink (missing interior parts) ($299.99); 1 Eastlake Chest of Drawers ($399.99); 1 "Lady" Picture ($69.99); 1 Singer Sewing Machine ($199.99); 1 Bedroom Chest/Grandma's China Cabinet ($499.99); 1 "Ice Box" ($399.99); 1 Hall Tree ($899.99); Bank Teller's Cabinet ($1699.99); 1 Yellow Stained Glass Window ($199.99); 3 Floor Lamps ($139.99; $239.99; $129.99); 2 Pillars with Globes ($149.99 each); 2 Leaded Glass Windows ($99.99 each); 1 Red Craft Chair ($29.99); Black & Chrome Stove | C | $2,439.92 |
| | | Electronic Devices | C | $350.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | RC Gorman Lithograph | C | $6,500.00 |
| | | Jackie Evans Lithograph | C | $5,000.00 |
| 6. Wearing apparel. | | Mens and Womens Clothing, Shoes and Accessories | C | $2,400.00 |

In re  **Ted Ashley Waterman**   Case No.   __7-13-12639 JA__
       **Lee Ann NMI Waterman**              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Jewelry: Wedding Ring ($500); 2 Silver/Turquoise Necklaces ($350); Silver/Turquoise Earrings ($100); Gold Bracelet ($220); Opal Necklace ($100); Cross Necklace ($100); Emerald Ring ($300); Miscellaneous Costume Jewelry ($125); Wristwatch ($150) | C | $1,945.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Handgun (1) | C | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | NY Life Insurance Company Whole Life Policy (insured: Ted Waterman; beneficiary Lee Ann Waterman) (loan amount $132,552.89) | C | $2,556.99 |
| | | NY Life Insurance Company Whole Life Policy (insured: Ted Waterman; beneficiary: Ted A. Waterman and Lee Ann Waterman Revocable Trust u/a Dated December 4, 2006) (loan against policy $14,578) | C | $7,751.60 |
| | | American General Term Policy (insured: Ted A. Waterman; beneficiary: Ted A. Waterman and Lee Ann Waterman Revocable Trust u/a Dated December 4, 2006) (face value $1,000,000.00) | C | $1.00 |
| | | American General Term Policy (insured: Ted A. Waterman; beneficiary: Ted A. Waterman and Lee Ann Waterman Revocable Trust u/a Dated December 4, 2006) (face value $1,000,000.00) | C | $1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  **Ted Ashley Waterman**          Case No.   **7-13-12639 JA**
     **Lee Ann NMI Waterman**                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Ownership Interest in Waterman, Inc. (assets $3,149,288.31; liabilities $3,765,379.85) | C | $1.00 |
| | | 50% Ownership Interest in TW & RB, LLC (assets $174,375.28; liabilities $372,611.65) | C | $1.00 |
| | | 2.82% Ownership Interest in MW Development, LLC (assets $19,699,000; liabilities $19,106,260) | C | $16,715.26 |
| | | 100% Ownership Interest in TWRW Investments, LLC (assets $0.00; liabilities $13,176.48) | C | $1.00 |
| | | 50% Ownership Interest in Antioch, LLC (assets $576,747; liabilities $540,555) | C | $18,096.00 |
| | | 22.71% Ownership Interest in WSG, LLC (assets $11,850,000; liabilities $10,310,221) | C | $349,529.71 |
| | | 11.11% Ownership Interest in Two & Three, LLC (assets $795,000; liabilities $548,556.33) | C | $27,379.89 |
| | | 24% Ownership Interest in Monterey Land Group, LLC (assets $280,000; liabilities $177,726.41) | C | $24,545.66 |
| | | Shareholder Interest (7311 shares / liquidation value $5 per | C | $36,555.00 |

In re  **Ted Ashley Waterman**          Case No.    7-13-12639 JA
       **Lee Ann NMI Waterman**                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | share) in Trinity Capital Corp. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Interest in Ted A. Waterman and Lee Ann Waterman Revocable Trust Dated December 4, 2006 (all assets and liabilities listed separately herein and indicated as such) | C | $1.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

In re  **Ted Ashley Waterman**          Case No.   **7-13-12639 JA**
       **Lee Ann NMI Waterman**                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog (1) | C | $1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

In re **Ted Ashley Waterman**
  **Lee Ann NMI Waterman**

Case No. **7-13-12639 JA**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | | |

___7___ continuation sheets attached
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Total > **$524,022.22**

In re **Ted Ashley Waterman**          Case No.   **7-13-12639 JA**
    **Lee Ann NMI Waterman**                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 10217 Edith NE, Albuquerque, NM Primary Residence (held in the Ted A. Waterman and Lee Ann Waterman Revocable Trust Dated December 4, 2006) (also known in the Bernalillo County tax records as 10221 Edith NE) (exemption of equitable interest in clear title) | 11 U.S.C. § 522(d)(1) | $1.00 | $431,750.00 |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | $30.00 | $30.00 |
| NM Bank & Trust Checking (acct 218) | 11 U.S.C. § 522(d)(5) | $4,293.75 | $4,293.75 |
| Los Alamos National Bank Checking (acct 30-01) | 11 U.S.C. § 522(d)(5) | $11.44 | $11.44 |
| Miscellaneous: Pots, Pans, Baking Dishes and Cooking Utensils ($120); Dishes/Utensils ($150); Home Decoration/Accessories ($1,000); Vacuum Cleaner ($110); DVD / CD Collection ($100); Exercise Machine ($150); Area Rugs ($300); Toaster ($10); Blender ($20); Crock Pot ($25); 4 Radios ($120); 5 Small Clocks ($100); Massage Chair ($250) | 11 U.S.C. § 522(d)(3) | $2,455.00 | $2,455.00 |
| Master Bedroom: Small Chest of Drawers ($75); 2 Night Stands ($180); Armoire ($200); Wing-backed Chair with Footstool ($150); 4 Lamps ($100); Storage Trunk ($60); 3 Small Iron Stands ($75) | 11 U.S.C. § 522(d)(3) | $840.00 | $840.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $7,631.19 | $439,380.19 |

In re  **Ted Ashley Waterman**          Case No.    7-13-12639 JA
       **Lee Ann NMI Waterman**                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Master Bathroom: Cosmetic Chest ($90); Supply Cabinet ($65); Chair ($20); Small Storage Chest of Drawers ($120); 3 Small Iron Stands ($55); Lamp ($10) | 11 U.S.C. § 522(d)(3) | $360.00 | $360.00 |
| Guest Bedroom: Small Armoire ($120); Bed ($250); Small Side Table ($40); Chair ($110); Foot Stool ($40); 2 Night Stands ($100); TV ($75); 3 Lamps ($100) | 11 U.S.C. § 522(d)(3) | $835.00 | $835.00 |
| Main Bathroom: Metal Storage Cabinet | 11 U.S.C. § 522(d)(3) | $160.00 | $160.00 |
| Small Office: Desk/Hutch ($160); Foot Stool ($20); Storage Chest of Drawers ($150); Small Supply Cabinet ($50); 2 Chairs ($110); Small End Table ($40) | 11 U.S.C. § 522(d)(3) | $825.00 | $825.00 |
| Entry Area: 2 Chairs ($170); Side Table ($180); Bookcase ($150) | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Dining Room: Wall Unit with Shelves ($460); 2 Chairs ($250); 2 Small End Tables ($160); Side Table ($165); Radio ($90); Small Kerosene Heater ($200); Metal Corner Stand ($80) | 11 U.S.C. § 522(d)(3) | $1,405.00 | $1,405.00 |
| Living Room: Love Seat ($150); 2 Side Tables ($180); 2 Chairs ($200); 3 Foot Stools ($125); Coffee Table ($50); Small Chest of Drawers ($120); Wood Screen ($30); 2 Lamps ($90) | 11 U.S.C. § 522(d)(3) | $945.00 | $945.00 |
| Kitchen: Baking Storage Cabinet ($140); Spice Cabinet ($100); Linen Cabinet ($80); Storage Cabinet/Chest ($130); Metal Storage Cabinet ($150); Small Island Table ($120); 2 Bar Chairs ($80); Bar Stool ($30); Small Metal Stool ($10); Chair ($60); Small TV ($70); Dishwasher, Range and Small Refrigerator (permanent | 11 U.S.C. § 522(d)(3) | $1,020.00 | $1,020.00 |
| | | $13,681.19 | $445,430.19 |

In re  **Ted Ashley Waterman**                        Case No.    **7-13-12639 JA**
       **Lee Ann NMI Waterman**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| fixtures of residence); Table-top Microwave Oven ($50) | | | |
| Breakfast Nook/Utility Room: Table ($240); 4 Chairs ($180); Metal Storage Cabinet ($90); Small Open Dish Cabinet ($125); Small Refrigerator ($200); Small Lamp ($10); Small Kerosene Heater ($200) | 11 U.S.C. § 522(d)(3) | $1,045.00 | $1,045.00 |
| Family Room: Couch ($150); Love Seat ($100); TV Cabinet ($90); Side Table/Chest ($180); Metal Wine Rack ($125); Small Armoire ($120); Foot Stool ($30); Small Desk and Chair ($150); TV/DVD Player ($200); 2 TV Tables ($160); 3 End Tables ($120); 4 Lamps ($180) | 11 U.S.C. § 522(d)(3) | $1,605.00 | $1,605.00 |
| Large Office: Desk and Chair ($400); 2 Chairs ($225); Small Homemade Computer Desk and Chair ($200); Desktop Computer/Printer ($200); Small Homemade Bookshelves ($150); Small Filing Cabinet ($70); Storage File Box ($35); 2 Small Supply Cabinets ($180); 4 Lamps ($180) | 11 U.S.C. § 522(d)(3) | $1,640.00 | $1,640.00 |
| Utility Room 2: Small Storage Cabinet ($40); Washer/Dryer ($250); Hamper ($20) | 11 U.S.C. § 522(d)(3) | $310.00 | $310.00 |
| Outside Furniture: Loveseat Swing ($40); Small Tables ($50); Loveseat ($30); Tables ($150); Chairs ($300); Charcoal Barbeque Grill ($350) | 11 U.S.C. § 522(d)(3) | $920.00 | $920.00 |
| Barn/Shed Storage: Used Furniture in Storage ($2,500) (no item over $575 alone); Personal Tools ($250); Used Books ($200) | 11 U.S.C. § 522(d)(3) | $2,950.00 | $2,950.00 |
| Items on Consignment (value listed is Debtor's share (40%) of all items sold; prices listed by each item): 2 Rustic Chairs ($19.99); 1 File Cabinet ($299.99); 1 Black Chair ($49.99); 1 | 11 U.S.C. § 522(d)(3)  11 U.S.C. § 522(d)(5) | $2,334.92  $105.00 | $2,439.92 |
| | | **$24,591.11** | **$456,340.11** |

In re  **Ted Ashley Waterman**          Case No.   <u>7-13-12639 JA</u>
      **Lee Ann NMI Waterman**                           (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Office Chair ($179.99); 1 Lamp (no shade) ($89.99); 1 Ship's Sink (missing interior parts) ($299.99); 1 Eastlake Chest of Drawers ($399.99); 1 "Lady" Picture ($69.99); 1 Singer Sewing Machine ($199.99); 1 Bedroom Chest/Grandma's China Cabinet ($499.99); 1 "Ice Box" ($399.99); 1 Hall Tree ($899.99); Bank Teller's Cabinet ($1699.99); 1 Yellow Stained Glass Window ($199.99); 3 Floor Lamps ($139.99; $239.99; $129.99); 2 Pillars with Globes ($149.99 each); 2 Leaded Glass Windows ($99.99 each); 1 Red Craft Chair ($29.99); Black & Chrome Stove | | | |
| Electronic Devices | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| RC Gorman Lithograph | 11 U.S.C. § 522(d)(5) | $6,500.00 | $6,500.00 |
| Jackie Evans Lithograph | 11 U.S.C. § 522(d)(5) | $5,000.00 | $5,000.00 |
| Mens and Womens Clothing, Shoes and Accessories | 11 U.S.C. § 522(d)(3) | $2,400.00 | $2,400.00 |
| Jewelry: Wedding Ring ($500); 2 Silver/Turquoise Necklaces ($350); Silver/Turquoise Earrings ($100); Gold Bracelet ($220); Opal Necklace ($100); Cross Necklace ($100); Emerald Ring ($300); Miscellaneous Costume Jewelry ($125); Wristwatch ($150) | 11 U.S.C. § 522(d)(4) | $1,945.00 | $1,945.00 |
| Handgun (1) | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| NY Life Insurance Company Whole Life Policy (insured: Ted Waterman; beneficiary Lee Ann Waterman) (loan amount $132,552.89) | 11 U.S.C. § 522(d)(8) | $2,556.99 | $2,556.99 |
| NY Life Insurance Company Whole Life Policy (insured: Ted Waterman; beneficiary: Ted A. | 11 U.S.C. § 522(d)(8) | $7,751.60 | $7,751.60 |
| | | **$51,194.70** | **$482,943.70** |

In re  **Ted Ashley Waterman**　　　　　　　　Case No.　_7-13-12639 JA_
　　　　**Lee Ann NMI Waterman**　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Waterman and Lee Ann Waterman Revocable Trust u/a Dated December 4, 2006)  (loan against policy $14,578) | | | |
| American General Term Policy (insured: Ted A. Waterman; beneficiary: Ted A. Waterman and Lee Ann Waterman Revocable Trust u/a Dated December 4, 2006) (face value $1,000,000.00) | 11 U.S.C. § 522(d)(8) | $1.00 | $1.00 |
| American General Term Policy (insured: Ted A. Waterman; beneficiary: Ted A. Waterman and Lee Ann Waterman Revocable Trust u/a Dated December 4, 2006) (face value $1,000,000.00) | 11 U.S.C. § 522(d)(8) | $1.00 | $1.00 |
| 100% Ownership Interest in Waterman, Inc. (assets $3,149,288.31; liabilities $3,765,379.85) | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| 50% Ownership Interest in TW & RB, LLC (assets $174,375.28; liabilities $372,611.65) | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| 2.82% Ownership Interest in MW Development, LLC (assets $19,699,000; liabilities $19,106,260) | 11 U.S.C. § 522(d)(5) | $1.00 | $16,715.26 |
| 100% Ownership Interest in TWRW Investments, LLC (assets $0.00; liabilities $13,176.48) | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| 50% Ownership Interest in Antioch, LLC (assets $576,747; liabilities $540,555) | 11 U.S.C. § 522(d)(5) | $1.00 | $18,096.00 |
| 22.71% Ownership Interest in WSG, LLC (assets $11,850,000; liabilities $10,310,221) | 11 U.S.C. § 522(d)(5) | $1.00 | $349,529.71 |
| 11.11% Ownership Interest in Two & Three, LLC (assets $795,000; liabilities $548,556.33) | 11 U.S.C. § 522(d)(5) | $1.00 | $27,379.89 |
| | | **$51,203.70** | **$894,669.56** |

In re **Ted Ashley Waterman**           Case No.    **7-13-12639 JA**
       **Lee Ann NMI Waterman**                                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 24% Ownership Interest in Monterey Land Group, LLC (assets $280,000; liabilities $177,726.41) | 11 U.S.C. § 522(d)(5) | $9,399.81 | $24,545.66 |
| Shareholder Interest (7311 shares / liquidation value $5 per share) in Trinity Capital Corp. | 11 U.S.C. § 522(d)(5) | $1.00 | $36,555.00 |
| Interest in Ted A. Waterman and Lee Ann Waterman Revocable Trust Dated December 4, 2006 (all assets and liabilities listed separately herein and indicated as such) | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| Dog (1) | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| | | $60,606.51 | $955,772.22 |

In re **Ted Ashley Waterman**       Case No.   7-13-12639 JA
        **Lee Ann NMI Waterman**                             (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Buttercup Investments, LLC**<br>**PO Box 3625**<br>**Farmington, NM 87401** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Interest / Business Loan**<br>COLLATERAL:<br>**11.11% interest in Two & Three LLC**<br>REMARKS:<br><br><br>VALUE:         **$27,379.89** | | | | $50,000.00 | $22,620.11 |
| ACCT #:<br><br>**Capri, Inc.**<br>**6867 N. Oracle**<br>**Tucson, AZ 87704** | | C | DATE INCURRED:   **11 / 2008**<br>NATURE OF LIEN:<br>**Secured Interest / Business Loan**<br>COLLATERAL:<br>**Profits**<br>REMARKS:<br>**Collateral: distributions of WSG, LLC**<br>**($349,529.71), and first position lien on**<br>**distributions of MW Development, LLC**<br>**($16,715.26)**<br>VALUE:        **$366,244.97** | | | | $245,189.50 | |
| ACCT #: xxxx3072<br><br>**Los Alamos Natl Bank**<br>**1200 Trinity Dr**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED:   **12/2004**<br>NATURE OF LIEN:<br>**Security Agreement (1)**<br>COLLATERAL:<br>**1 through 4 listed below**<br>REMARKS:<br>**1) 10217 Edith Blvd. NE ($431,750); 2)**<br>**100% interest in TWRW, LLC ($1.00); 3)**<br>**2.00% interest in MW Development**<br>**LLC ($11,854.79); 4) all personal**<br>**property ($93,841.36)** | | | | $312,829.01 | $271,280.44 |
| | | | <br><br><br><br><br>       **$537,447.15**<br>VALUE: | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $608,018.51 | $305,755.34 |
| | | | Total (Use only on last page) > | | | | | |

     3      continuation sheets attached                          (Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Ted Ashley Waterman**                Case No.   **7-13-12639 JA**
        **Lee Ann NMI Waterman**                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx4270<br><br>**Los Alamos Natl Bank**<br>**1200 Trinity Dr**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED: **05/2012**<br>NATURE OF LIEN:<br>**Security Agreement (2)**<br>COLLATERAL:<br>**1 through 4 listed below**<br>REMARKS:<br>**1) 10217 Edith Blvd. NE ($431,750); 2) 100% interest in TWRW, LLC ($1.00); 3) 2.00% interest in MW Development LLC ($11,854.79); 4) all personal property ($93,841.36)**<br><br><br><br>VALUE:  $537,447.15 | | | | $302,070.92 | $302,070.92 |
| ACCT #: xxxx3067<br><br>**Los Alamos Natl Bank**<br>**1200 Trinity Dr**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED: **11/2003**<br>NATURE OF LIEN:<br>**Real Estate Mortgage (first)**<br>COLLATERAL:<br>**1 through 4 listed below**<br>REMARKS:<br>**1) 10217 Edith Blvd. NE ($431,750); 2) 100% interest in TWRW, LLC ($1.00); 3) 2.00% interest in MW Development LLC ($11,854.79); 4) all personal property ($93,841.36)**<br><br><br><br>VALUE:  $537,447.15 | | | | $145,334.85 | |

Sheet no. ___1___ of ___3___ continuation sheets attached            **Subtotal (Total of this Page) >**       $447,405.77       $302,070.92
to Schedule of Creditors Holding Secured Claims          **Total (Use only on last page) >**

                                                  (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Ted Ashley Waterman**                    Case No.   **7-13-12639 JA**
     **Lee Ann NMI Waterman**                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xxxx54-60**<br><br>**Los Alamos Natl Bank**<br>**1200 Trinity Dr**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Real Estate Mortgage (second)**<br>COLLATERAL<br>**1 through 4 listed below**<br>REMARKS:<br>**1) 10217 Edith Blvd. NE ($431,750); 2)**<br>**100% interest in TWRW, LLC ($1.00); 3)**<br>**2.00% interest in MW Development**<br>**LLC ($11,854.79); 4) all personal**<br>**property ($93,841.36)** | | | | $350,563.73 | |
| | | | VALUE: —————— $537,447.15 | | | | | |
| ACCT #: **3078**<br><br>**Los Alamos Natl Bank**<br>**1200 Trinity Dr**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED: **9/11/2010**<br>NATURE OF LIEN:<br>**Security Agreement (3)**<br>COLLATERAL:<br>**1 through 4 listed below**<br>REMARKS:<br>**1) 10217 Edith Blvd. NE ($431,750); 2)**<br>**100% interest in TWRW, LLC ($1.00); 3)**<br>**2.00% interest in MW Development**<br>**LLC ($11,854.79); 4) all personal**<br>**property ($93,841.36)** | | | | $311,024.61 | $311,024.61 |
| | | | VALUE: $537,447.15 | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $661,588.34 | $311,024.61 |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Ted Ashley Waterman**               Case No.  **7-13-12639 JA**
       **Lee Ann NMI Waterman**                              _____
                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Tim Thompson**<br>**Attn: Hugo Hinojosa**<br>**190 Central Park Sq., Ste. 3**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Interest**<br>COLLATERAL:<br>**.82% of 2.82% interest in MW Development LLC**<br>REMARKS:<br><br>VALUE:                    **$4,860.47** | | | | $47,204.25 | $42,343.78 |
| ACCT #: 9670<br><br>**Valley National Bank**<br>**PO Box 99**<br>**Espanola, NM 87532** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Interest**<br>COLLATERAL:<br>**7311 shares of Trinity Capital Corp. Stock**<br>REMARKS:<br><br>VALUE:                    **$36,555.00** | | | | $11,421.15 | |
| ACCT #: 9672<br><br>**Valley National Bank**<br>**PO Box 99**<br>**Espanola, NM 87532** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Interest**<br>COLLATERAL:<br>**7311 shares of Trinity Capital Corp. Stock**<br>REMARKS:<br><br>VALUE:                    **$36,555.00** | | | | $46,450.91 | $21,317.06 |
| ACCT #:<br><br>**WRCC, LLC**<br>**PO Box 250**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Interest / Business Loan**<br>COLLATERAL:<br>**see below**<br>REMARKS:<br>**Collateral: distributions of WSG, LLC ($349,529.71), and second position lien on distributions of MW Development, LLC ($16,715.26)**<br>VALUE:                    **$366,244.97** | | | | $473,428.86 | $352,373.39 |

Sheet no. __3__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $578,505.17 | $416,034.23 |
| Total (Use only on last page) > | $2,295,517.79 | $1,334,885.10 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Ted Ashley Waterman**                              Case No.    **7-13-12639 JA**
     **Lee Ann NMI Waterman**                                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **No**    continuation sheets attached

In re   **Ted Ashley Waterman**          Case No.   **7-13-12639 JA**
        **Lee Ann NMI Waterman**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Alice Waterman**<br>**PO Box 250**<br>**Los Alamos, NM 87544** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $11,500.00 |
| ACCT #:  **xxxxxxxxxxxx8563**<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | C | DATE INCURRED:  **05/1980**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $1,681.93 |
| ACCT #:  **xxxxxxxxxxxx8643**<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | C | DATE INCURRED:  **05/1980**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $878.36 |
| ACCT #:  **xxxxxxxxxxxx7403**<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | C | DATE INCURRED:  **12/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $4,449.55 |
| ACCT #:  **5004**<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Credit Card**<br>REMARKS:<br>**Waterman, Inc.** | | | | $3,388.07 |
| ACCT #:  **3009**<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Credit Card**<br>REMARKS:<br>**R. Trost Moving, Inc. (defunct subsidiary of Waterman, Inc.)** | | | | $1,314.41 |

                                        Subtotal >      **$23,212.32**

                Total >

_____5_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Ted Ashley Waterman**          Case No.   **7-13-12639 JA**
       **Lee Ann NMI Waterman**                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx1524<br>**Bank Of America**<br>PO Box 982235<br>El Paso, TX 79998 | | C | DATE INCURRED: **05/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $10,795.28 |
| ACCT #: xxxxxxxxxxxx9615<br>**Capital 1 Bank**<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130 | | C | DATE INCURRED: **03/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $14,271.31 |
| ACCT #: xxxxxxxxxxxx5914<br>**Chase**<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801 | | C | DATE INCURRED: **04/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $1,275.45 |
| ACCT #: xxxxxxxxxxxx3420<br>**Chase**<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801 | | C | DATE INCURRED: **12/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Personal Debt** | | | | $1,894.69 |
| ACCT #: 6350<br>**Citizens Bank of Farmington**<br>PO Box 4140<br>Farmington, NM 87499 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Debt**<br>REMARKS:<br>**Two & Three, LLC** | | | | $590,000.00 |
| ACCT #:<br>**Columbia Mutual Life**<br>5425 Andrea Drive<br>Allentown, PA 18106 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Debt**<br>REMARKS:<br>TW Investments, LLC | | | | $2,570,000.00 |

Sheet no. _____1_____ of _____5_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $3,188,236.73 |
| Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Ted Ashley Waterman**      Case No.   <u>7-13-12639 JA</u>
       **Lee Ann NMI Waterman**                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **5001**<br>**Community Bank**<br>549 S. Guadalupe<br>Santa Fe, NM 87501-2617 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Debt**<br>REMARKS:<br>**TW Investment, LLC** | | | | $390,000.00 |
| ACCT #: **xxxx4135**<br>**Ford Motor Credit Corporation**<br>Ford Motor Credit<br>PO Box 6275<br>Dearborn, MI 48121 | X | C | DATE INCURRED: **10/2003**<br>CONSIDERATION:<br>**Personal Guaranty of Vehicle Loan**<br>REMARKS:<br>**Waterman, Inc.** | | | | $6,066.32 |
| ACCT #:<br>**Ford Motor Credit Corporation**<br>Ford Motor Credit<br>PO Box 6275<br>Dearborn, MI 48121 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Vehicle Loan**<br>REMARKS:<br>**Waterman, Inc.** | | | | $14,118.09 |
| ACCT #: **xxxxxxxxxxxx4265**<br>**GECRB/ Dillards**<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | | C | DATE INCURRED: **12/1988**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Personal Debt** | | | | $1,153.00 |
| ACCT #: **603**<br>**ICA**<br>c/o Q10 Realty Mtg & Investment Co.<br>5201 Venice NE, Ste. B<br>Albuquerque, NM 87113 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of EA, LLC Debt**<br>REMARKS: | | | | $2,650,000.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no.   <u>2</u>   of   <u>5</u>   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal >      $3,061,337.41

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re    **Ted Ashley Waterman**                                Case No.    **7-13-12639 JA**
      **Lee Ann NMI Waterman**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 3760 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guaranty of Debt** <br> REMARKS: <br> **MW Development, LLC** | | | | $10,560,000.00 |
| ACCT #: 8460 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guaranty of Debt** <br> REMARKS: <br> **MW Development, LLC** | | | | $337,500.00 |
| ACCT #: 3760 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guaranty of Debt** <br> REMARKS: <br> **MWP2, LLC** | | | | $5,240,000.00 |
| ACCT #: 4671 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guaranty of Debt** <br> REMARKS: <br> **TW & RB, LLC** | | | | $250,000.00 |
| ACCT #: 9070 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guaranty of WSG, LLC Debt** <br> REMARKS: | | | | $350,000.00 |
| ACCT #: 3472 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guaranty of EA, LLC Debt** <br> REMARKS: | | | | $260,000.00 |

Sheet no. _____3_____ of _____5_____ continuation sheets attached to                Subtotal >     $16,997,500.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Ted Ashley Waterman**             Case No.   **7-13-12639 JA**
       **Lee Ann NMI Waterman**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 3473 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> Personal Guaranty of EA, LLC Debt <br> REMARKS: | | | | $39,000.00 |
| ACCT #: 5372 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> Personal Guaranty of Debt <br> REMARKS: <br> Waterman, Inc. | | | | $1,970,000.00 |
| ACCT #: 2770 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Personal Guaranty of Debt <br> REMARKS: <br> MVS Development | | | | $180,000.00 |
| ACCT #: 3680; 8686; 9170; 9172; 3080 <br> Los Alamos Natl Bank <br> 1200 Trinity Dr <br> Los Alamos, NM 87544 | X | C | DATE INCURRED: <br> CONSIDERATION: <br> Personal Guaranty of Debt <br> REMARKS: <br> Waterman, Inc. | | | | $365,000.00 |
| ACCT #: <br> NM Taxation & Revenue Dept. <br> PO Box 8575 <br> Albuquerque NM 87198-8575 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> R. Kent Waterman <br> PO Box 250 <br> Los Alamos, NM 87544 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Personal Loan <br> REMARKS: | | | | $20,000.00 |

Sheet no. ____4____ of ____5____ continuation sheets attached to            **Subtotal >** | **$2,574,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         **Total >**
                (Use only on last page of the completed Schedule F.)
         (Report also on Summary of Schedules and, if applicable, on the
          Statistical Summary of Certain Liabilities and Related Data.)

In re  **Ted Ashley Waterman**                                  Case No. __7-13-12639 JA__
       **Lee Ann NMI Waterman**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  7318<br>**US Bank**<br>**PO Box 1800**<br>**St. Paul, MN 55101-0800** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of Debt**<br>REMARKS:<br>**Monterey Land Group, LLC** | | | | $178,000.00 |
| ACCT #:<br>**Via Moneta LLC**<br>**c/o Wiggins Williams & Wiggins**<br>**1803 Rio Grande Blvd. NW**<br>**Albuquerque, NM 87104** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guaranty of TW & RB, LLC Debt**<br>REMARKS:<br>**Via Moneta LLC v. TW & RB LLC, et al.**<br>**D-202-CV-2012-08933** | | | | Notice Only |
| ACCT #:<br>**Via Moneta LLC**<br>**c/o Luebben Johnson & Barnhouse**<br>**7424 4th St NW**<br>**Albuquerque, NM 87107** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS:<br>**Via Moneta LLC v. TW & RB LLC, et al.**<br>**D-202-CV-2012-08933** | | | | $122,554.24 |
| ACCT #:<br>**Waterman, Inc.**<br>**501 Third Street SW**<br>**Albuquerque, NM 87102** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Debt**<br>REMARKS: | | | | $681,684.89 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___5___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal > | | $982,239.13 |
| Total > | | $26,826,525.59 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Ted Ashley Waterman**          Case No.   _7-13-12639 JA_
       **Lee Ann NMI Waterman**                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |

In re  **Ted Ashley Waterman**                    Case No.   **7-13-12639 JA**
       **Lee Ann NMI Waterman**                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **EA, LLC**<br>PO Box 250<br>Los Alamos, NM 87544 | **ICA**<br>c/o Q10 Realty Mtg & Investment Co.<br>5201 Venice NE, Ste. B<br>Albuquerque, NM 87113 |
| **EA, LLC**<br>PO Box 250<br>Los Alamos, NM 87544 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |
| **EA, LLC**<br>PO Box 250<br>Los Alamos, NM 87544 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |
| **Monterey Land Group, LLC**<br>c/o Monterey Diversified LLC<br>5111 San Mateo Blvd. NE, Ste. A<br>Albuquerque, NM 87109 | **US Bank**<br>PO Box 1800<br>St. Paul, MN 55101-0800 |
| **MVS Development, LLC**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |
| **MW Development, LLC**<br>Attn: Hugo Hinojosa<br>190 Central Park Sq. Ste. 301<br>Los Alamos, NM 87544 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |
| **MWP2, LLC**<br>Attn: Hugo Hinojosa<br>190 Central Park Sq. Ste. 301<br>Los Alamos, NM 87544 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |

In re **Ted Ashley Waterman**                  Case No.   **7-13-12639 JA**
      **Lee Ann NMI Waterman**                               (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TW & RB, LLC**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |
| **TW & RB, LLC**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Via Moneta LLC**<br>c/o Wiggins Williams & Wiggins<br>1803 Rio Grande Blvd. NW<br>Albuquerque, NM 87104 |
| **TW & RB, LLC**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Via Moneta LLC**<br>c/o Luebben Johnson & Barnhouse<br>7424 4th St NW<br>Albuquerque, NM 87107 |
| **TW Investments, LLC**<br>c/o Ross Perkal<br>500 Marquette NW, Ste. 1100<br>Albuquerque, NM 87102 | **Columbia Mutual Life**<br>5425 Andrea Drive<br>Allentown, PA 18106 |
| **TW Investments, LLC**<br>c/o Ross Perkal<br>500 Marquette NW, Ste. 1100<br>Albuquerque, NM 87102 | **Community Bank**<br>549 S. Guadalupe<br>Santa Fe, NM 87501-2617 |
| **Two & Three, LLC**<br>2621A East 20th Street<br>Farmington, NM 87402 | **Citizens Bank of Farmington**<br>PO Box 4140<br>Farmington, NM 87499 |
| **Waterman, Inc.**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **American Express**<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 |

In re  **Ted Ashley Waterman**                                    Case No.   **7-13-12639 JA**
       **Lee Ann NMI Waterman**                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Waterman, Inc.**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |
| **Waterman, Inc.**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Ford Motor Credit Corporation**<br>Ford Motor Credit<br>PO Box 6275<br>Dearborn, MI 48121 |
| **Waterman, Inc.**<br>501 Third Street SW<br>Albuquerque, NM 87102 | **Ford Motor Credit Corporation**<br>Ford Motor Credit<br>PO Box 6275<br>Dearborn, MI 48121 |
| **WSG, LLC**<br>c/o William S. Siegal<br>540 S. Guadalupe Street<br>Santa Fe, NM 87501 | **Los Alamos Natl Bank**<br>1200 Trinity Dr<br>Los Alamos, NM 87544 |

In re  **Ted Ashley Waterman**                                  Case No.  __7-13-12639 JA____
       **Lee Ann NMI Waterman**                                         (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | President | Office Employee |
| Name of Employer | Waterman, Inc. | Waterman, Inc. |
| How Long Employed | 40 yrs. | 34 yrs. |
| Address of Employer | 501 Third Street SW | 501 Third Street SW |
|  | Albuquerque, NM 87102 | Albuquerque, NM 87102 |

| | INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $7,366.45 | $1,209.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $7,366.45 | $1,209.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $1,178.63 | $0.00 |
| | b. Social Security Tax | $559.45 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $1,738.08 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $5,628.37 | $1,209.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $1,314.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. _____ | $0.00 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $1,314.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $5,628.37 | $2,523.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $8,151.37 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Ability to earn salary as indicated is dependent on revenues of Waterman, Inc.**

IN RE:  **Ted Ashley Waterman**              Case No.  __7-13-12639 JA____
        **Lee Ann NMI Waterman**                        (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $4,750.83 |
|     a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|     b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|            b. Water and sewer | $80.00 |
|            c. Telephone | $65.00 |
|            d. Other:  Cable TV & Internet | $225.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $900.00 |
| 5. Clothing | $125.00 |
| 6. Laundry and dry cleaning | $5.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | $1,666.90 |
|         c. Health | |
|         d. Auto | |
|         e. Other:  Land Maintenance | $110.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$8,677.73** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $8,151.37 |
| b. Average monthly expenses from Line 18 above | $8,677.73 |
| c. Monthly net income (a. minus b.) | ($526.36) |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
### ALBUQUERQUE DIVISION

In re:   Ted Ashley Waterman         Case No.   <u>7-13-12639 JA</u>
       Lee Ann NMI Waterman                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $27,200.00 | 2013 year to date Debtor income from wages (Waterman, Inc.) |
| $12,000.00 | 2013 year to date Joint Debtor income from wages (Waterman, Inc.) |
| $88,400.00 | 2012 Debtor income from wages (Waterman, Inc.) |
| $39,000.00 | 2012 Joint Debtor income from wages (Waterman, Inc.) |
| $88,400.00 | 2011 Debtor income from wages (Waterman, Inc.) |
| $39,000.00 | 2011 Joint Debtor income from wages (Waterman, Inc.) |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2013 interest income (from interests in LLCs) |
| $0.00 | 2013 qualified dividends |
| $3,194.00 | 2012 interest income (from interests in LLCs) |
| $0.00 | 2012 qualified dividends |
| $23,987.00 | 2011 interest income (from interests in LLCs) |
| $823.00 | 2011 qualified dividends |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re: Ted Ashley Waterman                   Case No. <u>7-13-12639 JA</u>
       Lee Ann NMI Waterman                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 1

---

None ☐   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Hunt & Davis PC 2632 Mesilla Street NE Albuquerque, NM 87110 | May 10, 2013 to date of filing | $3,352.77 | $0.00 |
| Los Alamos Natl Bank 1200 Trinity Dr Los Alamos, NM 87544 | May, June, July 2013 | $12,340.00 | $148,208.00 |
| Los Alamos Natl Bank 1200 Trinity Dr Los Alamos, NM 87544 | May, June, July 2013 | $9,022.67 | $350,563.73 |

---

None ☑   c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Via Moneta LLC v. TW & RB LLC, et al. D-202-CV-2012-08933 | foreclosure, breach of contract, and debt and money due | Second Judicial District Court County of Bernalillo | settled |

---

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re: Ted Ashley Waterman              Case No.   <u>7-13-12639 JA</u>
       Lee Ann NMI Waterman                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 2

## 6. Assignments and receiverships

None ☐

a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Buttercup Investment PO Box 3625 Farmington, NM 87401 | July 2013 | assigned membership interest in TW Investment, LLC in satisfaction of $200,000.00 secured promissory note |

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☐

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Christ the King Church 529 Jefferson NE Albuquerque, NM 87108 | none | August 2012 to August 2013 | $11,050.00 |
| Wellspring Anglican Church 1201 Golf Course Road Rio Rancho, NM 87124 | none | August 2012 to August 2013 | $1,000.00 |
| Focus on the Family 8655 Explorer Dr. Colorado Springs, CO 80920 | none | October 2012 | $125.00 |
| Moody Bible Institute 820 N. LaSalle Street Chicago, IL 60610 | none | August 2012 to August 2013 | $300.00 |
| Salvation Army 4301 Bryn Mawr Drive NE Albuquerque, NM | none | October 2012 | $50.00 |
| Albuquerque Rescue Mission 525 2nd Street SW Albuquerque, NM 87102 | none | October 2012 | $67.20 |
| Concord Dollars for Scholars 59117 Minuteman Way Elkhart, IN 56517 | none | January 2013 | $100.00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re:   Ted Ashley Waterman                                        Case No.   7-13-12639 JA
         Lee Ann NMI Waterman                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 3

| | | | |
|---|---|---|---|
| Mustard Seed Babies Home<br>1305 Merchant Street<br>Ambridge, PA 15003 | none | April 2013 | $600.00 |
| Amy Vollmar<br>59321 CR 13<br>Elkhart, IN 46517 | daughter, son-in-law, 3 grandchildren | August 2012 to August 2013 | $12,530.00 |
| Rhett Waterman<br>10417 Royal Troon Ne<br>Albuquerque, NM 87111 | son, daughter-in-law, 3 grandchildren | August 2012 to August 2013 | $10,400.00 |
| David Kalk<br>address unknown | family friend | June 2013 | $350.00 graduation gift |
| Town of Castlerock<br>100 North Wilcox Street<br>Castle Rock, CO 80104 | on behalf of deceased cousin | | $200.00 memorial stone / tree |

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Hunt & Davis PC<br>2632 Mesilla Street NE<br>Albuquerque, NM 87110 | July 2013 | $3,000.00 bankruptcy fee (includes filing fee and credit report fee) |
| debt counseling<br>001 Debtorcc, Inc. | August 2013 | $10 |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| A Few Old Things Antiques and Consignments<br>833 4th Street NW<br>Los Ranchos de Albuquerque, NM 87114 | June 2013 | See Schedule B |
| Debtors | July 29, 2013 | loan on insurance<br>NY Life $8,000.00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re:   Ted Ashley Waterman                    Case No.   7-13-12639 JA
         Lee Ann NMI Waterman                              _____
                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

| Debtors | August 8, 2013 | loan on insurance<br>NY Life $6,578.00 |
|---|---|---|
| Tim Thompson<br>Attn: Hugo Hinojosa<br>190 Central Park Sq., Ste. 3<br>Los Alamos, NM 87544 | May 2012 | sold 13.64% interest in MWP2, LLC<br>$150,000.00 |
| SK Lodging, LLC<br>PO Box 1348<br>Miles City, MT 59301 | Jan - Feb 2012 | 5% membership interest in WSG, LLC<br>$120,000.00 cash |
| Terrich Partners<br>PO Box 250<br>Los Alamos, NM 87544 | April 2013 | transferred 8.75% membership in QC<br>Holdings, LLC in lieu of payment on<br>past and future capital calls for<br>member QC Holdings, LLC through<br>TW&RB, LLC |
| Waterman, Inc.<br>501 Third Street SW<br>Albuquerque, NM 87102 | September 27,<br>2012 | 14.19% of MW Development, LLC<br>approx. $600,000 (re-capitalization) |
| Via Moneta LLC<br>c/o Luebben Johnson & Barnhouse<br>7424 4th St NW<br>Albuquerque, NM 87107 | July 2013 | Tract 1-A-1<br>$370,330.00 |

None
☐   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY OR DEBTOR'S<br>INTEREST IN PROPERTY |
|---|---|---|
| Ted A. Waterman and Lee Ann Waterman<br>Revocable Trust | December 4,<br>2006 | 10217 Edith NE, Albuquerque, NM |

## 11. Closed financial accounts

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF<br>SALE OR CLOSING |
|---|---|---|
| Los Alamos Natl Bank<br>1200 Trinity Dr<br>Los Alamos, NM 87544 | account 27-20 | July 22, 2013<br>$1,012.34 |
| US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | account 1525 | May 7, 2013<br>$446.25 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re: Ted Ashley Waterman  
      Lee Ann NMI Waterman

Case No.   <u>7-13-12639 JA</u>  
               (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

| | | |
|---|---|---|
| US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | account 5632 | May 7, 2013<br>$108.23 |

---

**None** ☑

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☐

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Rhett Waterman<br>10417 Royal Troon Ne<br>Albuquerque, NM 87111 | used furniture<br>less than $1,000.00 | barn at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| Amy Vollmar<br>59321 CR 13<br>Elkhart, IN 46517 | books and childhood items<br>less than $1,000.00 | barn at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| Waterman, Inc.<br>501 Third Street SW<br>Albuquerque, NM 87102 | used office furniture<br>less than $2,000.00 | barn at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| MW Development, Inc.<br>Attn: Hugo Hinojosa<br>190 Central Park Sq., Ste. 3<br>Los Alamos, NM 87544 | artwork<br>$15,000.00 (cost) | barn at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| Alice Waterman<br>PO Box 250<br>Los Alamos, NM 87544 | antique buffet<br>less than $1,000.00 | barn at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| Linda Hamrick<br>Beaumont, CA | antique organ<br>value unknown | barn at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| Alice Waterman<br>PO Box 250<br>Los Alamos, NM 87544 | Bed; Chest of Drawers;<br>Dining Set (table and 8<br>chairs); China Cabinet<br>total value: $2,500.00 | house at 10217 Edith Blvd.<br>NE, Albuquerque, NM |
| Alice Waterman<br>PO Box 250<br>Los Alamos, NM 87544 | 2002 Mercury Sable<br>$2,475 | house at 10217 Edith Blvd.<br>NE, Albuquerque, NM |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re:  **Ted Ashley Waterman**          Case No.  <u>7-13-12639 JA</u>
       **Lee Ann NMI Waterman**                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**None** ☑

### 15. Prior address of debtor

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**None** ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

**None** ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

**None** ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

**None** ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re:  Ted Ashley Waterman            Case No.  7-13-12639 JA
        Lee Ann NMI Waterman                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

### 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| Waterman, Inc. (and subsidiaries Waterman II, Inc., Park Place, Inc., R. Trost Moving, Inc., Manset, Inc.)<br>501 Third Street SW<br>Albuquerque, NM 87102<br>Tax ID: 85017047 | real estate development and construction | September 1964 to present |
| TW & RB, LLC<br>501 Third Street SW<br>Albuquerque, NM 87102 | real estate development and construction | July 2003 to present |
| MW Development<br>Attn: Hugo Hinojosa<br>190 Central Park Sq., Ste. 3<br>Los Alamos, NM 87544 | real estate development and construction | June 2006 to present |
| TWRW Investments, LLC<br>501 Third Street SW<br>Albuquerque, NM 87102 | real estate development and construction | July 2006 to present |
| Antioch, LLC<br>501 Third Street SW<br>Albuquerque, NM 87102 | real estate development and construction | January 1998 to present |
| WSG, LLC<br>c/o William S. Siegal<br>540 S. Guadalupe Street<br>Santa Fe, NM 87501 | real estate development and construction | August 2007 to present |
| Two & Three LLC<br>2621A East 20th Street<br>Farmington, NM 87402 | real estate development and construction | December 2010 to present |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re: Ted Ashley Waterman                          Case No.   7-13-12639 JA
      Lee Ann NMI Waterman                                    _____
                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 8

| | | |
|---|---|---|
| Monterey Land Group, LLC<br>c/o Monterey Diversified LLC<br>5111 San Mateo Blvd. NE, Ste. A<br>Albuquerque, NM 87109 | real estate development and construction | March 2006 to present |
| TW Investments, LLC<br>c/o Ross Perkal<br>500 Marquette NW, Ste. 1100<br>Albuquerque, NM 87102 | real estate development and construction | July 1999 to July 2013 |
| MWP2, LLC<br>Attn: Hugo Hinojosa<br>190 Central Park Sq., Ste. 301<br>Los Alamos, NM 87544 | real estate development and construction | February 2009 to present |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                  DATES SERVICES RENDERED

Reynolds Hix & Co.                        2004 to present
6729 Academy Rd NE, Ste. D
Albuquerque, NM 87109

Spectrum Accounting                    2005 to present
10500 Copper Ave Ne, Ste. F-1
Albuquerque, NM 87123

None ☐    b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                  DATES SERVICES RENDERED
Spectrum Accounting
10500 Copper Ave Ne, Ste. F-1
Albuquerque, NM 87123

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                   ADDRESS
Marie Dorrell                            10500 Copper Ave Ne, Ste. F-1
Spectrum Accounting                  Albuquerque, NM 87123

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re: **Ted Ashley Waterman**                Case No.   **7-13-12639 JA**
      **Lee Ann NMI Waterman**                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

**Jeff Hix**                              **6729 Academy Rd NE, Ste. D**
**Reynolds Hix & Co.**                   **Albuquerque, NM 87109**

None ☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Los Alamos Natl Bank**<br>**1200 Trinity Dr**<br>**Los Alamos, NM 87544** | **Annually** |
| **Valley National Bank**<br>**PO Box 99**<br>**Espanola, NM 87532** | **Annually** |
| **US Bank**<br>**7900 Jefferson**<br>**Albuquerque, NM** | **Annually** |
| **Citizens Bank of Farmington**<br>**PO Box 4140**<br>**Farmington, NM 87499** | **Annually** |
| **Q10 Realty Mtg & Investment Co.**<br>**5201 Venice NE, Ste. B**<br>**Albuquerque, NM 87113** | **Annually** |

## 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

In re:  **Ted Ashley Waterman**
       **Lee Ann NMI Waterman**

Case No.  **7-13-12639 JA**
            (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 10*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO
### ALBUQUERQUE DIVISION

In re: **Ted Ashley Waterman**
**Lee Ann NMI Waterman**

Case No. <u>7-13-12639 JA</u>
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 11*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___9/6/13___

Signature
of Debtor ___*Ted Ashley Waterman*___

Date ___9/6/13___

Signature
of Joint Debtor ___*Lee Ann NMI Waterman*___
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*